1080

Motion for reargument of motion for leave to appeal denied [*see* 23 NY3d 909 (2014)].

In the Matter of the Claim of NORMAN SAMUELS, Appellant. NEW YORK CITY TRANSIT AUTHORITY, Respondent; COMMISSIONER OF LABOR, Respondent.

Submitted November 3, 2014; decided December 18, 2014

Motion for reargument of motion for leave to appeal denied with $100 costs and necessary reproduction disbursements [*see* 24 NY3d 905 (2014)].

In the Matter of the Claim of NORMAN SAMUELS, Appellant. NEW YORK CITY TRANSIT AUTHORITY, Respondent; COMMISSIONER OF LABOR, Respondent.

Submitted November 17, 2014; decided December 18, 2014

Motion by Gary Minda for leave to file a brief amicus curiae on the motion for reargument of motion for leave to appeal herein granted and the brief is accepted as filed [*see* 24 NY3d 905 (2014)].

In the Matter of the Claim of NORMAN SAMUELS, Appellant. NEW YORK CITY TRANSIT AUTHORITY, Respondent; COMMISSIONER OF LABOR, Respondent.

Submitted November 17, 2014; decided December 18, 2014

Motion by Gary I. Boretsky for leave to file a brief amicus curiae on the motion for reargument of motion for leave to appeal herein granted and the brief is accepted as filed [*see* 24 NY3d 905 (2014)].

In the Matter of the Claim of NORMAN SAMUELS, Appellant. NEW YORK CITY TRANSIT AUTHORITY, Respondent; COMMISSIONER OF LABOR, Respondent.

Submitted November 17, 2014; decided December 18, 2014